NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUAN JOSE GOMEZ,                          )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3158
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____   )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Connie Mederos-Jacobs of Connie
Mederos-Jacobs, P.A., Bradenton, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.